No. 69262.—Azrak-Hamway, Inc., et al. *v.* United States, protests 62/17115, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of battery-operated mixers similar in all material respects to those the subject of Abstract 68674, the claim of the plaintiffs was sustained.